IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Kerry R Scott | : | Chapter 13 |
| | : | Case No.: 23-10955-AMC |
|     Debtor(s) | : | |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the Debtor is granted permission to sell the real property located at 1902-04 W Tioga Street, Philadelphia, PA 19140 ("Property"), for the sale price of $520,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of August 07, 2024, to the buyer(s) thereunder, West Electric LLC ("Buyers").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $5,200.00 |
| 2. | Liens paid at closing – | |
| | Claim No. 3 of City of Philadelphia Water Revenue Bureau | $8,661.92 |
| | Claim No. 4 of City of Philadelphia Tax & Revenue Unit | $65,642.81 |
| 3. | Real estate commission, at no greater than 6% | $31,200.00 |
| 4. | Attorney's fees, if any | $4,065.00 |
| 5. | Payment to chapter 13 trustee | $10,978.52 |
| | ESTIMATED AMT DUE TO SELLER(S) | $ 394,251.75 |

Notwithstanding the amounts provided above, the City of Philadelphia shall be paid at closing on in satisfaction of all taxes, municipal claims, and statutory liens in amounts required to provide the buyer with clear title.

      After paying the chapter 13 trustee and all liens in full and all costs of sale, the remaining sale proceeds shall be paid to the debtor.

      The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

      Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT

Date: Oct. 3, 2024

**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**